### 15933.   WIDINCAMP *v.* THE STATE.

BROYLES, C. J.   1. The exception to the overruling of the demurrer to the accusation, not being referred to in the brief of counsel for the plaintiff in error, is treated as abandoned.

2. The venue of the offense was sufficiently proved and the evidence authorized the verdict.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 9, 1924.

Conviction of possession of liquor; from city court of Jesup— Judge Clark. September 1, 1924.

*H. L. Williams, V. E. Padgett,* for plaintiff in error.